# MARIO DE MARCO
### Attorney at Law



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/29/08

Farmingville Office:

815 Horseblock Road
Farmingville, NY 11738
(631) 732-3516
(631) 732-3554 Fax

ADMITTED IN
New York & Connecticut

8 South Main Street
Port Chester, New York 10573
Telephone: (914) 937-2213
Fax: (914) 937-3066

Connecticut Office:

1700 Summer Street, 4th Floor
Stamford, CT 06905
(203) 356-1060
Fax (203) 348-5600

Hon. Sidney Stein, USDCJ
ATTN: Laura Blakely
500 Pearl Street
New York, NY 10007

VIA FACSIMILE
(212) 805-7924

February 28, 2008

RE:   07 Civ 10981 (SHS)
      **Simoni v. Mukasey, et. al.**

Dear Ms. Blakely:

Please be advised that I represent the Petitioner in the above referenced matter, scheduled for conference tomorrow, February 29, 2008 at 11:30 A.M. I can report that the government did re-calendar the administrative proceeding so the Petitioner is no longer "in limbo." Therefore, the Habeas petition, as filed, is hereby withdrawn. We will now appropriately pursue our administrative remedies. The conference of tomorrow may be cancelled. I thank the Court for its courtesies.

Sincerely,

Mario DeMarco, Esq.

MD/jp
cc:   U.S. Attorney's Office
      ATTN: Natasha Oeltjon, AUSA
      Via fax (212) 637-2786
Encl.

*[Handwritten note:] 2/28/08 This habeas petition is withdrawn at the request of petitioner. So ordered. [signed] Sidney H. Stein U.S.D.J.*